UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:

Sumi Choudhury,

        Debtor.

---------------------------------------------------------X

**ORDER TERMINATING AUTOMATIC STAY**

Case No. 8-16-72519-reg
Chapter 7

Hon. Robert E. Grossman

       Upon consideration of the motion of NATIONSTAR MORTGAGE, LLC, (the "Motion") dated June 27, 2016, for an order pursuant to 11 U.S.C. §§ 362(d) and 1301(c), granting them relief from automatic stay, and proof of service upon all necessary parties, and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the court having found that good and sufficient cause exists for granting the Motion, it is hereby

       **ORDERED,** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated as to movant's lien interest in the property located 459 Gardiners Ave., Levittown, NY 11756, thereby allowing Creditor take such actions, with respect to this real property, as set forth under applicable non-bankruptcy law; and it is further

       **ORDERED,** that this Order shall survive any conversion; and it is further

       **ORDERED**, that the Trustee shall retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.



**Dated: Central Islip, New York**
      **August 12, 2016**

           **Robert E. Grossman**
       **United States Bankruptcy Judge**